IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR31-1 |
| | : | |
| SHANNON RENEE HAUTH | : | |

The United States Attorney charges:

On or about March 31, 2019, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, the defendant, SHANNON RENEE HAUTH, did use a facility in interstate/foreign commerce, namely a cellular telephone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1), and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to

facilitate the promotion, management, establishment and carrying on of such unlawful activity; in violation of Title 18, United States Code, Section 1952(a)(3).

DATED: January 17, 2023

SANDRA J. HAIRSTON
United States Attorney

*/s/ Nicole R. Dupre*
BY: NICOLE R. DUPRE
Assistant United States Attorney