IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR 31 -1 |
| | : | |
| SHANNON RENEE HAUTH | : | AMENDED |

The United States Attorney charges:

On or about March 31, 2019, in the County of Guilford, in the Middle District of North Carolina and elsewhere, the defendant, SHANNON RENEE HAUTH, did use a facility in interstate/foreign commerce, namely a cellular telephone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, promoting prostitution in violation of N.C. Gen. Stat. §14-205.3(a), and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate

the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Section 1952(a)(3).

DATED: January 26, 2023

BY: SANDRA J. HAIRSTON
United States Attorney

_____
BY: NICOLE R. DUPRE
Assistant United States Attorney